ORIGINAL

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 OCT -1 AM 10: 11

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| DEXTER V. CARRADINE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WARE COUNTY SHERIFF'S DEPARTMENT; RICHARD E. CURRIE, D.A.; STEPHEN L. JACKSON, Superior Court Judge; RONNIE H. McQUAIG, Sheriff, | ) ) ) ) ) ) ) | CASE NO. CV507-044 |
| | ) | |
| Defendants. | ) ) | |

## O R D E R

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

SO ORDERED this 1ST day of October, 2007.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA